# EXHIBIT A

Case: Venice PI, LLC v. Doe—184.75.114.3 et al.
Film: *Once Upon a Time in Venice*

| Record No. | IP | Port | Hit Date UTC | ISP | Region |
| --- | --- | --- | --- | --- | --- |
| 1 | 184.75.114.3 | 50030 | 2017-07-14 20:33:51 | Time Warner Cable | New York |
| 2 | 74.66.132.56 | 59172 | 2017-07-05 20:06:52 | Time Warner Cable | New York |
| 3 | 208.105.57.183 | 56186 | 2017-07-17 12:29:40 | Time Warner Cable | New York |
| 4 | 74.72.195.204 | 6881 | 2017-06-20 20:32:22 | Time Warner Cable | New York |
| 5 | 184.152.11.70 | 42976 | 2017-07-02 15:28:18 | Time Warner Cable | New York |
| 6 | 24.228.20.165 | 35102 | 2017-06-18 21:12:26 | Optimum Online | New York |
| 7 | 72.229.251.97 | 63515 | 2017-06-17 20:01:44 | Time Warner Cable | New York |
| 8 | 47.17.179.179 | 57080 | 2017-10-07 16:04:00 | Optimum Online | New York |
| 9 | 98.113.141.248 | 61742 | 2017-07-06 21:12:17 | Verizon Fios | New York |
| 10 | 100.33.121.127 | 53195 | 2017-07-29 06:31:31 | Verizon Fios | New York |
| 11 | 67.250.79.199 | 63784 | 2017-10-26 03:03:22 | Time Warner Cable | New York |
| 12 | 24.104.242.92 | 28661 | 2017-06-19 02:03:56 | Time Warner Cable | New York |
| 13 | 69.124.109.60 | 40959 | 2017-09-04 20:31:25 | Optimum Online | New York |
| 14 | 24.47.66.128 | 14570 | 2017-07-05 12:53:20 | Optimum Online | New York |
| 15 | 24.185.26.173 | 52414 | 2017-08-30 08:34:45 | Optimum Online | New York |